JOHNNIE H. HUNT, Plaintiff-Appellant, *v.* THE CIVIL SERVICE COMMISSION OF THE CITY OF CHICAGO *et al.*, Defendants-Appellees.

( No. 54556; ▮▮▮▮▮▮▮

First District—October 12, 1972.

Opinion by MR. PRESIDING JUSTICE McGLOON.

Richard F. McPartlin, of Chicago, for appellant.

Richard L. Curry, Corporation Counsel, of Chicago, (William R. Quinlan and Harvey N. Levin, Assistant Corporation Counsel, of counsel,) for appellees.